UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**AMANDA L. HAIR,**

    **Plaintiff,**

v.                                    Case No: 5:24-cv-39-MMH-PRL

**EQUIFAX INFORMATION SERVICES, LLC and NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.,**

    **Defendants.**

### ORDER

The amended motion to appear *pro hac vice* of Adam T. Hill (Doc. 28) is **GRANTED**. To activate e-filing access, counsel shall pay the $150.00 special admission fee and submit the *pro hac vice* e-file registration through PACER.[1] After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Accordingly, the motion to appear *pro hac vice* of Adam T. Hill (Doc. 27) is **TERMINATED AS MOOT**.

**DONE** and **ORDERED** in Ocala, Florida on October 15, 2024.

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.

- 2 -

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties