## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

AMANDA L. HAIR,

     Plaintiff,

v.                                                                                      Case No: 5:24-cv-39-MMH-PRL

EQUIFAX INFORMATION
SERVICES, LLC and NATIONAL
CONSUMER TELECOM &
UTILITIES EXCHANGE, INC.,

     Defendants.

_____

### ORDER

This case is before the Court on the parties' Joint Motion to Substitute Mediator. (Doc. 30). Upon due consideration, the parties' motion (Doc. 30) is **GRANTED**. Christopher Griffin, Esq. of Griffin Mediation, LLC is substituted as the mediator in this matter.

**DONE** and **ORDERED** in Ocala, Florida on October 24, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties