## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

AMANDA L. HAIR,

      Plaintiff,                               Case No. 5:24-cv-39-WGY-PRL

v.

EQUIFAX INFORMATION
SERVICES, LLC, and NATIONAL
CONSUMER TELECOM &
UTILITIES EXCHANGE, INC.

      Defendants.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Amanda Hair, and Defendants, Equifax Information Services LLC ("Equifax") and National Consumer Telecom & Utilities Exchange, Inc. (NCTUE) have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Equifax and NCTUE shall each bear their own attorneys' fees and costs.

Dated: September 23, 2025

*Respectfully submitted,*

Dated: September 23, 2025

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: (561) 655-3925
Fax: (844) 921-1022

*/s/ Eiman Sharmin*
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Counsel for Plaintiff*

**SEYFARTH SHAW, LLP**
233 South Wacker Drive, Ste. 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Fax: (312) 460-7000

*/s/ Paige Vacante*
Paige Vacante, Esq.
Florida Bar No. 1019135
Email: pvacante@seyfarth.com

*Counsel for Defendants*
*Equifax Information Services, LLC*
*and National Consumer Telecom &*
*Utilities Exchange, Inc.*